UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 0:20-cv-02065-DSD-BRT

_____

MITCHELL GATES,

      Plaintiff,

vs.

SOO LINE CREDIT UNION and
TRANS UNION, LLC,

      Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

    Plaintiff Mitchell Gates, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

    IT IS, THEREFORE, ORDERED that all claims of Plaintiff Mitchell Gates against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Mitchell Gates and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  November 23, 2020        s/David S. Doty
                                                   David S. Doty, Judge
                                                   United States District Court